Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 2 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN CARLOS MORENO-OREGEL,

Defendant.

1:22-CR-2077-SAB-1

INDICTMENT

Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(2)
Felon in Possession of a Firearm

18 U.S.C. § 924, 28 U.S.C. § 2461
Forfeiture Allegations

The Grand Jury charges:

On or about June 30, 2022, in the Eastern District of Washington, the Defendant, JUAN CARLOS MORENO-OREGEL, knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Smith and Wesson, model M&P 40 Shield, .40 caliber pistol bearing serial

INDICTMENT – 1

1  number HZU6377, which firearm had theretofore been transported in interstate and
2  foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, the Defendant, JUAN CARLOS MORENO-OREGEL, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Smith and Wesson, model M&P 40 Shield, .40 caliber pistol bearing serial number HZU6377.

DATED this 12th day of July, 2022.

A TRUE BILL

Foreperson

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Richard C. Burson
Assistant United States Attorney

INDICTMENT – 2