FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN CARLOS MORENO-OREGEL,<br><br>　　　　Defendant. | No. 1:22-CR-02077-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 37, 38** |

　　Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 37) and related Motion to Expedite (ECF No. 38).

　　Defendant requests Special Condition Nos. 8–9 be modified to remove the requirements of GPS monitoring and home detention. ECF No. 37. Defense counsel indicates that the United States Attorney and the supervising United States Probation/Pretrial Services Officer have no objection to Defendant's request in this regard. *Id*.

　　The Court, finding good cause, **HEREBY ORDERS:**

　　1.　　Defendant's Motion to Expedite (**ECF No. 38**) is **GRANTED**.

ORDER - 1

2.   Defendant's Motion to Modify Conditions of Release (**ECF No. 37**) is **GRANTED**.

3.   Defendant's GPS monitoring and home detention conditions of release (ECF No. 25, Special Condition Nos. 8–9) are **STRICKEN**.

4.   All other terms and conditions of release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 7, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2