# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 03, 2023**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Moreno-Oregel, Juan Carlos | Docket No. | 0980 1:22CR02077-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Megan Rasmussen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Juan Carlos Moreno-Oregel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 31st day of August 2022, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency unless Defendant first notifies the supervising Pretrial Services Office in the captioned matter.

**Standard Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #2:** Defendant shall notify the United States Probation/Pretrial Services Office within 24 hours of any change in address, telephone number, or employment.

**Special Condition #6:** Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On August 31, 2022, the conditions of pretrial release were reviewed with the defendant. He acknowledged his conditions of pretrial release indicating that he understood his conditions and was given a copy.

**Violation #1:** The defendant is considered to be in violation of his conditions of pretrial supervision by failing to report for urinalysis via the color line on January 24, 2023.

On January 18, 2023, his supervising pretrial services officer directed the defendant to start calling the Merit Resource Services (Merit) color line and report when the color gold is called.

On January 23, 2023, the defendant reported to the probation office as directed due to his relocation to Kennewick, Washington. Expectations were reviewed with the defendant on this date to include to continue calling the color line every day and report when the color gold is called.

On January 25, 2023, Merit Resource Services reported that the defendant missed his urinalysis on January 24, 2023.

**Violation #2:** The defendant is considered to be in violation of his conditions of pretrial supervision by failing to report his change of address to the probation office within 24 hours, on or about January 30, 2023.

Re: Moreno-Oregel,, Juan Carlos
February 3, 2023
Page 2

On January 30, 2023, the undersigned officer attempted to make contact with the defendant at his reported address. Upon arrival, another resident stated that the defendant no longer lived there and that his father came and picked up all of his belongings.

On February 1, 2023, the defendant called and admitted to moving out of the Oxford House the week before and was currently staying in Sunnyside, Washington.

**Violation #3:** The defendant is considered to be in violation of his conditions of pretrial supervision by admitting to engaging in criminal behavior by attempting to elude a police vehicle and committing a hit and run on or about January 25, 2023.

On February 1, 2023, the defendant called and admitted that he was the driver of a vehicle when he attempted to elude police officers. He ended up crashing the car and leaving the scene of the accident. Charges have not been filed as of the date of this report, but are said to be forthcoming.

**Violation #4:** The defendant is considered to be in violation of his conditions of pretrial supervision by using marijuana, on or about January 25, 2023.

On February 1, 2023, the defendant called the undersigned officer and admitted to using marijuana before driving his vehicle on January 25, 2023, when he eluded police and crashed his vehicle.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: February 3, 2023 |
| by | s/Megan Rasmussen |
|  | Megan Rasmussen<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

February 3, 2023

Date